UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOAN FLICKINGER,<br><br>Plaintiff(s),<br>v.<br><br>WHAT IF MEDIA GROUP, LLC,<br><br>Defendant(s). | CASE NO. C26-2813-KKE<br><br>ORDER GRANTING STIPULATED MOTION |

Finding good cause, the Court GRANTS the stipulated motion to extend Defendant's deadline to answer or otherwise respond to Plaintiff's complaint. Dkt. No. 14. The Court ORDERS that Defendant's deadline to answer or otherwise respond to the complaint shall be extended until 21 days after any order denying a forthcoming motion to compel arbitration, or 21 days following the resolution of any appeal of such an order.

Dated this 9th day of October, 2026.

Kymberly K. Evanson
United States District Judge