UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOAN FLICKINGER,<br><br>Plaintiff(s),<br>v.<br><br>WHAT IF MEDIA GROUP, LLC,<br><br>Defendant(s). | CASE NO. C26-2813-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO STAY |

The parties filed a stipulated motion to stay proceedings pending completion of binding arbitration. Dkt. No. 19. The Court hereby GRANTS the motion (Dkt. No. 19) and STAYS this matter pending completion of arbitration. The pending motions (Dkt. Nos. 16, 17) are TERMINATED. The parties are ORDERED to file a status report within two weeks of completing arbitration, or no later than May 3, 2027, to advise the Court on the progress of the arbitration proceedings.

Dated this 2nd day of November, 2026.

Kymberly K. Evanson
United States District Judge